DARIUS CHIPMAN, Reviewer,

*against*

JAMES SAWYER, Sheriff of Chittenden County, Reviewee.

Chipman
v.
Sawyer.

Vide *ante*, vol. 1. p. 83.

DEBT on escape. Special demurrer to the declaration.

The demurrer was again argued at this term, and the Court confirmed the opinion of the late Judges by decisions, that nominal plaintiff in ejectment cannot maintain an action against a sheriff for an escape of a defendant committed *in his* name for the damages and costs recovered in the action of ejectment; and that a sheriff, as keeper of the prison to which is committed a debtor from another County, is not liable for the *negligent* escape of such debtor.

Judgment for defendant.

The nominal plaintiff in ejectment cannot maintain an action against a sheriff for an escape of a defendant committed in his name for the damages and costs recovered in the action of ejectment.

A sheriff, as keeper of the prison to which is committed a debtor from another County, is not liable for the *negligent* escape of such debtor.

*Israel Smith* and *Daniel Chipman*, for plaintiff.
*Chauncey Langdon* and *John Cook*, for defendant.